UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIVERPARK ON THE BRAZOS PROPERTY OWNERS ASSOCIATION, INC., *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-05234 |
| ACE AMERICAN INSURANCE COMPANY, CRAWFORD & COMPANY, AND CHARLES A. RUSCHER, *Defendants* | § § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff RIVERPARK ON THE BRAZOS PROPERTY OWNERS ASSOCIATION, INC. and Defendant ACE AMERICAN INSURANCE COMPANY, CRAWFORD & COMPANY, AND CHARLES A. RUSCHER file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in so filing, respectfully show the Court as follows:

1. On or about December 3, 2010, Plaintiff filed its Original Petition against Defendants in the 400th Judicial District Court of Fort Bend County, Texas under Cause Number 11-DCV-187307. Defendant ACE AMERICAN INSURANCE COMPANY removed this lawsuit to this Court on or about December 30, 2010.

2. Plaintiff seeks to dismiss its claims against Defendants CRAWFORD & COMPANY and CHARLES A. RUSCHER only. This dismissal will not affect Plaintiff's claims against Defendant ACE AMERICAN INSURANCE COMPANY. All Defendants agree to the dismissal.

3. This case is not a class action.

4. A receiver has not been appointed in this case.

5.  This case is not governed by any federal statute that requires a court order for dismissal of the case.

6.  Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

7.  This dismissal is with prejudice against re-filing.

Respectfully submitted,

By: /s/ William W. Lundquist with permission
WILLIAM W. LUNDQUIST
Federal Bar No. 38019
Texas Bar No. 24041369
440 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 757-1400
Fax: (713) 425-5315

**OF COUNSEL:**
**CLARK, BURNETT, LOVE & LEE, G.P.**
CARYN M. PAPANTONAKIS
Federal Bar No. 26472
Texas Bar No. 24013311
RILEY L. BURNETT, JR
Federal Bar No. 17010
Texas Bar No. 03428900
440 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 757-1400
Fax: (713) 425-5315

- and -

By: /s/ Frank A. Piccolo
FRANK A. PICCOLO
Federal Bar No. 30197
Texas Bar No. 24031227

2

                          24 Greenway Plaza, Suite 2050
                          Houston, Texas 77046
                          Tel: (713) 355-6062
                          Fax: (713) 572-9129

                          **COUNSEL FOR DEFENDANT ACE**
                          **AMERICAN INSURANCE COMPANY**
                          **AND CRAWFORD & COMPANY**

**OF COUNSEL:**
**PREIS & ROY, PLC**
MARJORIE C. NICOL
Federal Bar No. 18400
Texas Bar No. 00784684
KRISTOPHER STOCKBERGER
Federal Bar No. 30834
Texas Bar No. 24028015
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 355-6062
Fax: (713) 572-9129