IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Riverpark on the Brazos Property Owners Association, Inc<br>    Plaintiff,<br><br>v.<br><br>ACE American Insurance Company, Crawford & Company, and Charles A. Ruscher<br>    Defendant. | § § § § § § § § § § § | CIVIL ACTION NO. 10-5234 |

## O R D E R

In accordance with the Stipulation of Dismissal filed on July 5, 2011, it is hereby ORDERED that this action be dismissed with prejudice as to defendants Crawford & Company and Charles A. Ruscher.

SIGNED at Houston, Texas, on this 5th day of July, 2011.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE