UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RIVERPARK ON THE BRAZOS PROPERTY OWNERS ASSOCIATION, INC., *Plaintiff* | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:10-cv-05234 |
| ACE AMERICAN INSURANCE COMPANY, CRAWFORD & COMPANY, AND CHARLES A. RUSCHER, *Defendants* | § § § § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff RIVERPARK ON THE BRAZOS PROPERTY OWNERS ASSOCIATION, INC. and Defendant ACE AMERICAN INSURANCE COMPANY file this Stipulation of Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and in so filing, respectfully show the Court as follows:

1. On or about December 3, 2010, Plaintiff filed its Original Petition against the above-referenced Defendants in the 400th Judicial District Court of Fort Bend County, Texas under Cause Number 11-DCV-187307. Defendant ACE AMERICAN INSURANCE COMPANY removed this lawsuit to this Court on or about December 30, 2010.

2. On or about July 6, 2010, Plaintiff dismissed its claims against Defendants CRAWFORD & COMPANY and CHARLES A. RUSCHER only.

3. Due to a settlement between the parties, Plaintiff now wishes to dismiss its claims against Defendant ACE AMERICAN INSURANCE COMPANY with prejudice.

4. This case is not a class action.

5. A receiver has not been appointed in this case.

6.  This case is not governed by any federal statute that requires a court order for dismissal of the case.

7.  Plaintiff has not previously dismissed any federal or state-court suit based on or including the same claims as those presented in this case.

8.  This dismissal is with prejudice against re-filing.

Respectfully submitted,

By: _____
WILLIAM W. LUNDQUIST
Federal Bar No. 38019
Texas Bar No. 24041369
440 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 757-1400
Fax: (713) 425-5315

**OF COUNSEL:**
**CLARK, BURNETT, LOVE & LEE, G.P.**
CARYN M. PAPANTONAKIS
Federal Bar No. 26472
Texas Bar No. 24013311
RILEY L. BURNETT, JR
Federal Bar No. 17010
Texas Bar No. 03428900
440 Louisiana Street, Suite 1600
Houston, Texas 77002
Tel: (713) 757-1400
Fax: (713) 425-5315

- and -

By: _____
FRANK A. PICCOLO          *by permission*
Federal Bar No. 30197
Texas Bar No. 24031227        *MCN/ncf*

2

24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 355-6062
Fax: (713) 572-9129

**COUNSEL FOR DEFENDANT ACE
AMERICAN INSURANCE COMPANY
AND CRAWFORD & COMPANY**

**OF COUNSEL:**
**PREIS & ROY, PLC**
MARJORIE C. NICOL
Federal Bar No. 18400
Texas Bar No. 00784684
KRISTOPHER STOCKBERGER
Federal Bar No. 30834
Texas Bar No. 24028015
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Tel: (713) 355-6062
Fax: (713) 572-9129