IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Riverpark on the Brazos, | § | |
| Property Owners Association, Inc., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10cv5234 |
| | § | |
| Ace American Insurance Co., | § | |
| Crawford & Company, and | § | |
| Charles A. Ruscher, | § | |
| Defendants. | § | |

O R D E R

In accordance with the Stipulation of Dismissal filed on September 9, 2011, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of

the Federal Rules of Civil Procedure.

SIGNED this 13th day of September, 2011, at Houston, Texas.

SIM LAKE
UNITED STATES DISTRICT JUDGE